UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TREVELLE HOOPER,

                      Plaintiff,

   -against-                               Case No.:  20-cv-02932-RPK-SIL

BRUNSWICK HOSPITAL CENTER, INC.,
and MICHAEL DEVERY,                     NOTICE OF
                                                    **VOLUNTARY DISMISSAL**

                      Defendants.

-------------------------------------------------------------X

       PLEASE TAKE NOTICE that the above action is hereby dismissed in accordance with Rule 41(a)(1)(A)(i), with prejudice.

                                                   Dated: New York, New York
                                                   August  6 , 2020

                                                   PHILLIPS & ASSOCIATES

                                                 By: _____
                                                 Shawn Clark
                                                 45 Broadway, Suite 430
                                                 New York, New York 10006
                                                 *Attorneys for Plaintiff*